## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BONNIE CRUICKSHANK-WALLACE AND WILLIAM WALLACE, | : | No. 852 MAL 2017 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| CNA FINANCIAL CORPORATION AND CONTINENTAL CASUALTY COMPANY AND COLUMBIA CASUALTY COMPANY AND JAMES S. TUPITZA, ESQUIRE AND TUPITZA & ASSOCIATES, P.C., | : | |
| | : | |
| Respondents | : | |
| | | |
| BONNIE CRUICKSHANK-WALLACE AND WILLIAM WALLACE, | : | No. 853 MAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| GERARD P. EGAN, ESQUIRE AND EGAN YOUNG LAW FIRM AND NEIL E. JOKELSON, ESQUIRE AND NEIL E. JOKELSON & ASSOCIATES, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 19th day of June, 2018, the Petition for Allowance of Appeal and

Application for Leave to Amend/Supplement PAA are **DENIED**.